THOMAS E. WILLOUGHBY (TW-4452)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600

**07 CIV 8163**

**JUDGE LEISURE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
TIGLIO MENSWEAR, INC. and
EMBASSY CARGO S.P.A.,

          Plaintiffs,

    - Against -

CARGOLUX INTERNATIONAL S.A.,

          Defendant.
------------------------------X

Index No.

*Rule 7.1 Statement*

SEP 1 8 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

                EMBASSY CARGO INC.

Dated: New York, New York
      September 17, 2007

                          HILL RIVKINS & HAYDEN
                          Attorneys for Plaintiffs

                          By: _____
                          Thomas E. Willoughby (TW4452)
                          45 Broadway, Suite 1500
                          New York, New York 10006
                          (212) 669-0600