John N. Romans
ROSEN GREENBERG BLAHA LLP
Attorneys for Defendant
40 Wall Street, 32nd Floor
New York, New York 10005

US DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIGLIO MENSWEAR, INC. and                    Index No. 07 Civ. 8163 (PKL)
EMBASSY CARGO S.P.A.,

                Plaintiffs,

            -Against-                                    STIPULATION

CARGOLUX INTERNATIONAL S. A.,
                Defendant.
------------------------------------------------------------X

IT IS HEREBY STIPULATED between the undersigned that the time for the defendant, Cargolux International S. A. to file an answer in this action is extended to January 22, 2008.

Dated: New York, New York
         January 2, 2008

| HILL RIVKINS & HAYDEN LLP | ROSEN GREENBERG BLAHA LLP |
|---|---|
| Attorneys for Plaintiffs | Attorneys for Defendant |
| By: _____ | By: _____ |
| Thomas E. Willoughby | John N. Romans |
| 45 Broadway | 40 Wall Street, 32nd Floor |
| New York, New York 10006 | New York, New York 10005 |
| (212) 669-0600 | T: (212) 530-4827 |
| | F: (212) 530-4815 |