*THOMAS E. WILLOUGHBY*
*HILL RIVKINS & HAYDEN LLP*
45 Broadway
New York, New York 10006
(212) 669-0600

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - X
TIGLIO MENSWEAR, INC. and
EMBASSY CARGO S.P.A.,          :

         Plaintiffs,     :     Index No.
                                       07 CIV 8163(PKL)
                             :

   - Against -
                             :     ***STIPULATION OF***
CARGOLUX INTERNATIONAL S.A.,         ***DISCONTINUANCE***
                             :

         Defendant.
- - - - - - - - - - - - - - - - - X

IT IS HEREBY STIPULATED AND AGREED, that the above-entitled action having been recommended for settlement by counsel for both parties, that it be and the same hereby is dismissed with prejudice, but without costs to any party, subject to being re-opened within sixty (60) days after dismissal, should settlement funds not be received.

Dated: January 17, 2008

                            HILL RIVKINS & HAYDEN LLP
                            Attorneys for Plaintiffs

                            By: _____
                            Thomas E. Willoughby
                            45 Broadway, Suite 1500
                            New York, New York 10006
                            (212) 669-0600

ROSEN GREENBERG BLAHA LLP
Attorneys for Defendant

By: _____ *John N. Romans, by TW pursuant to authority received 1/17/08*
John N. Romans
40 Wall Street, 32nd Floor
New York, New York 10005
(212) 530-4827

1/22/08
SO ORDERED:
_____
PETER K. LEISURE,
United States District Judge